El Juez Asociado Sr. Córdova Dávila no intervino.

Núm. 7303.—Dávila et als., apldos. *v.* Collazo, aplte.—C. D. Arecibo. Febrero 2, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, la parte apelada solicitó la desestimación de la apelación interpuesta en este caso por moción de enero 21 último señalada el 24 para verse el 31, como en efecto se vió con la sola asistencia e informe del abogado de dicha parte; y

Por cuanto, de la moción y de los autos resulta que radicada la transcripción en febrero 15, 1937, se fueron concediendo prórrogas para presentar alegato, dejándose fenecer la última en septiembre 27, 1937, sin que dicho documento se archivara ni se haya radicado aún a la fecha de esta resolución;

Por tanto, se declara la moción con lugar y en su consecuencia, se desestima, por abandono, el recurso.

El Juez Asociado Sr. Córdova Dávila no intervino.

Núm. 7679.—Rivera, apldo. *v.* López, aplte.—C. D. Humacao. Marzo 31, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, la parte apelada el 25 de febrero último solicitó la desestimación de la apelación interpuesta en este caso por haber vencido desde enero 22 anterior el término que el apelante tenía para archivar su alegato sin que se presentara antes, entonces ni después, habiéndose celebrado la vista de dicha moción en marzo 28 actual sin asistencia de las partes; y

Por cuanto, faltando como falta el documento en que se plantean las cuestiones que se pide al Tribunal que decida, no es posible que el recurso continúe;

Por tanto, se declara la moción con lugar y la apelación se desestima.

El Juez Asociado Sr. Córdova Dávila no intervino.